# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1227**                                              **September Term, 2025**

EPA-90FR41508

Filed On: October 27, 2025 [2142201]

Sierra Club, et al.,

        Petitioners

        v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator of the United States Environmental Protection Agency,

        Respondents

**O R D E R**

The petition for review in this case was filed and docketed on October 24, 2025, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioners submit the documents listed below by the dates indicated.

| Document | Due Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | November 26, 2025 |
| Docketing Statement Form | November 26, 2025 |
| Procedural Motions, if any | November 26, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | November 26, 2025 |
| Statement of Issues to be Raised | November 26, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | November 26, 2025 |
| Dispositive Motions, if any | December 11, 2025 |

It is

**FURTHER ORDERED** that respondents submit the documents listed below by

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 25-1227** | **September Term, 2025** |

the dates indicated.

| | |
|---|---|
| Entry of Appearance Form (Attorneys Only) | November 26, 2025 |
| Procedural Motions, if any | November 26, 2025 |
| Certified Index to the Record | December 11, 2025 |
| Dispositive Motions, if any | December 11, 2025 |

It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

The Clerk is directed to transmit to respondents a copy of this order and a copy of the petition for review.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
Francis A. Walter
Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form
Entry of Appearance Form
Request to Enter Appellate Mediation Program (Optional)
Notice Concerning Expedition of Appeals and Petitions for Review
Stipulation to be Placed in Stand-By Pool of Cases (Optional)